IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. __M-21-486-SM__ |
| AMY MICHELE CARWILE and KEVIN JOE CARWILE, | ) ) ) ) | Violation: 18 U.S.C. § 922(m) 18 U.S.C. § 924(d) 28 U.S.C. § 2461(c) |
| Defendants. | ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1
### (Failure to Maintain Lawful Record Keeping by Federal Firearms Dealer)

Between on or about October 21, 2013, through on or about August 10, 2019, in Oklahoma County, in the Western District of Oklahoma,

----------------------------------- AMY MICHELE CARWILE and
KEVIN JOE CARWILE, -------------------------------------------

federally-licensed firearms dealers operating as OK Trailer Holding LLC and doing business as Bargain Guns, did knowingly make false entries, fail to make appropriate entries, and fail to maintain records, as required to be kept by law pursuant to Title 18, United States Code, Section 923.

All in violation of Title 18, United States Code, Section 922(m), the penalty for which is found at Title 18, United States Code, Section 924(a)(3)(A).

## FORFEITURE

The allegations contained in this Information are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Information, **AMY MICHELE CARWILE and KEVIN JOE CARWILE** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. 109 firearms seized from Bargain Guns located at 22873 State Highway 74, Purcell, Oklahoma 73080;

2. One AMT – California (Arcadia Machine & Tool), model Backup, 9mm pistol, bearing serial number DAL00656;

3. One AMT – California (Arcadia Machine & Tool), model Backup, .22 caliber pistol, bearing serial number F00116;

4. One Browning, model Twelvette, 12-gauge shotgun, bearing serial number A4417;

5. One Browning, model Twelvette, 12-gauge shotgun, bearing serial number A25851;

6. One Ruger, model Hawkeye, .256 caliber revolver, bearing serial number 192;

7. One Colt, model 1911, .45 caliber pistol, bearing serial number CV39693;

8. One Sig Sauer (Sig-Arms), model P320, 9mm pistol, bearing serial number 58H235523;

9. One Colt, model Government, .38 caliber pistol, bearing serial number 70308097;

10. One Colt, model Trooper MKIII, .357 caliber revolver, bearing serial number 61380L;

11. One Browning, model Twelvette, 12-gauge shotgun, bearing serial number A18398;

12. One Tanfoglio, F.LLI, model S.N.C. Witness Gold Team, .45 caliber pistol, bearing serial number MT22374;

13. One Ruger, model New Model Single Six, .22 caliber revolver, bearing serial number 76-0146;

14. One Colt, model SAA, .45 caliber revolver, bearing serial number 3275AM;

15. One Colt, model Delta Elite, .10 caliber pistol, bearing serial number DE01676E;

16. One Colt, model SAA, .44 caliber revolver, bearing serial number 99295SA;

17. One Colt, model AR-15, .223 caliber rifle, bearing serial number SP87212;

18. One Colt, model SAA, .45 caliber revolver, bearing serial number 4481AM;

19. One AMT – California (Arcadia Machine & Tool), model Magnum Hunter, .22 caliber rifle, bearing serial number MR0886; and

20. any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

ROBERT J. TROESTER
Acting United States Attorney

WILSON D. McGARRY
Assistant U.S. Attorney